JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGA THI THU LY dba ITALY SHOES FASHION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and DOES 1 TO 50, inclusive,<br><br>　　　　Defendants. | Case No. SACV15-1437 CJC (DFMx)<br><br>**ORDER ON STIPULATION RE DISMISSAL** |

The Court has received and considered the Stipulation by and between the parties hereto, Plaintiff Nga Thi Thuy Ly dba Italy Shoes Fashion and Defendant Travelers Casualty Insurance Company of America, through their respective counsel of record.

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, with each party to bear her and its own costs and attorneys' fees.

Dated: October 20, 2015          _____
                                  Judge Cormac J. Carney